06-mj-236

**2006 FDC 010065**     File Date: **05/20/2006**

**UNITED STATES Vs. RODGER JUNIOR ARNTT**

PDID #:

Lock up number

**FILED**

MAY 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT